IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY CULP                                                                                                        PLAINTIFF

v.                                             Case No. 4:22-cv-4081

ROBERT GENTRY, *et al.*                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 4, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4.  Judge Bryant recommends that this case be dismissed without prejudice for failure to prosecute this case and failure to obey a Court order.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of November, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge